# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Kenneth Meyers

                        Plaintiff,

v.                                                     Case No.: 1:20−cv−05543
                                                      Honorable Andrea R. Wood

AriZona Beverages USA LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 20, 2020:

      MINUTE entry before the Honorable Andrea R. Wood: At the emailed request of the parties, the Court sets the following briefing schedule on Defendant's Rule 12(b)(6) motion to dismiss Plaintiff's class action complaint or, alternatively, to transfer venue under 28 U.S.C. 1404(a) [19]: Plaintiff shall file his response by 12/18/2020 and Defendant shall file its reply by 1/8/2021. Mailed notice (dal, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.