**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KENNETH MEYERS, on behalf of Plaintiff and the class members described herein, | )<br>)<br>) |
| Plaintiff, | ) Case No. 20 CV 5543 |
| vs. | ) Judge Andrea R. Wood |
| ARIZONA BEVERAGES USA LLC, | ) |
| Defendant. | ) |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Plaintiff Kenneth Meyers, by his attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses[1] Plaintiff's individual and class claims against Defendant Arizona Beverage USA LLC without prejudice.

/s/David Kim
David Kim

Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
Heather A. Kolbus
David Kim
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Ste. 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

*Counsel for Plaintiff*

---

[1] This Notice of Dismissal Without Prejudice does not affect any party's rights under Fed. R. Civ. P. 41(d).

## **CERTIFICATE OF SERVICE**

      I, David Kim, hereby certify that on December 14, 2020, I caused a true and accurate copy of the foregoing document to be filed via the courts CM/ECF online system, which sent notice via email to all counsel of record.

                                                                                        *s/David Kim*
                                                                                        David Kim

Daniel A. Edelman
Cathleen M. Combs
Dulijaza (Julie) Clark
Heather A. Kolbus
David Kim
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Ste. 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com